**James Edward POE, Plaintiff–Appellant**

v.

**JEP ENTERPRISES, LP; Kim Parnell, Manager; Sandy Sharp, Management, Defendants–Appellees.**

No. 06–60210
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 2, 2006.

James Edward Poe, Baldwyn, MS, pro se.

James L. Weir, Tupelo, MS, for Defendants–Appellees.

260

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

The district court entered summary judgment against plaintiff-appellant James Edward Poe, finding essentially that he had failed to state a claim under the only potentially applicable statute which would make federal jurisdiction available. His appellate brief, which continues to chronicle his complaints against the defendants-appellees, fares no better than his complaint. The judgment of the district court is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.